IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSE GRIFFITH, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, § § § | § § | CIVIL ACTION NO. 4:11-CV-01440 |
| PLAINTIFFS, | § § | |
| V. | § § § | |
| WELLS FARGO BANK, N.A. | § § | COLLECTIVE ACTION (JURY DEMANDED) |
| DEFENDANT. | § § § | |

## ORDER

On February 14, 2013, the parties jointly submitted a Stipulation of Dismissal Without Prejudice to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the instant matter is dismissed without prejudice, and the parties will bear their own respective costs.

IT IS SO ORDERED.

Dated this 15th day of February, 2013.

_____
JUDGE PRESIDING

**ORDER**